IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND SHIRLEY**                                                            **PLAINTIFF**

v.                       Case No. 4:13-cv-00521 KGB

**PARC MAGIC SPRINGS, LLC; and**
**AMUSEMENT MANAGEMENT**
**PARTNERS, LLC**                                          **DEFENDANTS**

## ORDER

The parties have filed a joint stipulation for dismissal with prejudice of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 15). Accordingly, this action is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

SO ORDERED this 24th day of April, 2014.

_____
Kristine G. Baker
United States District Judge